No. 9670. WARD H. JONES and GRACE E. JONES, Husband and Wife, et al., PLAINTIFFS AND APPELLANTS, *v.* THE CONTINENTAL OIL COMPANY, a Corporation, DEFENDANT AND RESPONDENT.

298 Pac. (2d) 1098.

Decided June 28, 1956.

*Jack L. Green*, Missoula, for Appellant.

*Smith, Boone & Rimel,* Missoula, for Respondent.

See 61 C.J.S. Motor Vehicles, Section 73.

Per Curiam.

It is ordered that the Restraining Order and Temporary Injunction heretofore issued by this Court be vacated and that the judgment and decree of the District Court appealed from, be affirmed.

The Court's written opinion to be prepared and filed later.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON, and DAVIS, concur.